IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) EVANSTON INSURANCE COMPANY, ) ) Defendant. ) | Case No. 4:16-cv-01290 |

**AGREED MOTION FOR CONFERENCE CALL WITH THE
COURT TO ADDRESS RECONSIDERATION OF THE
COURT'S RULING ON EVANSTON'S MOTION TO DISMISS**

Defendant, EVANSTON INSURANCE COMPANY ("Evanston"), by and through its attorneys, TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP, and for its Agreed Motion for Conference Call with the Court, Evanston states as follows:

1. On June 29, 2016, Plaintiff, STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY ("State Auto"), filed a Declaratory Judgment action against Evanston, which was removed to this Court on August 5, 2016.  *See* Doc. 1.

2. On August 26, 2016, Evanston filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  *See* Doc. 9, 10.

3. On January 31, 2017, the parties appeared before the Court for a status conference on Evanston's Motion to Dismiss.  During the conference, the Court raised concerns about its ability to consider the Evanston Policy in ruling on Defendant Evanston's pending Motion to Dismiss as the Court did not believe the Evanston Policy was attached as an exhibit to State Auto's Complaint.

4. On March 28, 2017, this Court denied Evanston's Motion to Dismiss.  *See* Doc. 23. In its ruling, the Court found that "a copy of the State Auto policy was attached to State

Auto's Petition for Declaratory Judgment, *a copy of the Evanston Policy was not*." *Id.* at p. 1 (emphasis added).  The Court also recognized that "following a scheduling conference on January 31, 2017, the Court directed the parties to confer to address the Court's concerns about its ability to fully consider the Evanston policy in ruling on Evanston's motion to dismiss." *Id.* at 2.  The Court held that "Because on a motion to dismiss, the Court accepts State Auto's allegations as true and draws all reasonable inferences in its favor, see Iqbal, 556 U.S. at 678, *and because the Evanston policy is not properly before the Court*, the motion to dismiss will be denied." *Id.* at 3 (emphasis added).

5.  In reviewing State Auto's Complaint, however, it is apparent that the Evanston Policy is, in fact, attached as an Exhibit to State Auto's Complaint for Declaratory Judgment. *See* Doc. 1, Exh. A at pp 143-185.

6.  The Court's Standing Order states that if counsel are in agreement regarding an idea to move the case forward more efficiently, they may ask the Court for a conference.

7.  Counsel for State Auto and Evanston have conferred and agree that a conference may assist the parties in asking that the Court consider the Evanston Policy in reconsidering its ruling on Evanston's Motion to Dismiss.  Counsel for the parties have conferred and are available during the morning of Friday April 14, 2017 and the afternoon of Monday April 17, 2017.

WHEREFORE, Evanston respectfully requests that this Court set a date for the parties to participate in a conference call with the Court in an effort to move the case forward more efficiently.

Dated: April 13, 2017.

                                                   EVANSTON INSURANCE COMPANY

                                                   /s/ Brian C. Bassett_____
                                                   One of Its Attorneys

TRAUB LIEBERMAN STRAUS
& SHREWSBERRY, LLP
Brian C. Bassett
*Pro Hac Vice* #6285714IL
303 West Madison Street, Suite 1200
Chicago, Illinois 60606
Phone: (312) 332-3900
Fax: (312) 332-3908
Email: bbassett@traublieberman.com


GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH, A PLC
Steven Moore
7800 Forsyth Blvd., Suite 600
St. Louis, Missouri 63105
Phone: (314) 725-0525
Fax: (314) 725-7150
Email: SMoore@gallowayjohnson.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed on April 13, 2017, with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel on record.

      EVANSTON INSURANCE COMPANY

      /s/ Brian C. Bassett_____
      One of Its Attorneys

TRAUB LIEBERMAN STRAUS
& SHREWSBERRY, LLP
Brian C. Bassett
*Pro Hac Vice* #6285714IL
303 West Madison Street, Suite 1200
Chicago, Illinois 60606
Phone: (312) 332-3900
Fax: (312) 332-3908
Email: bbassett@traublieberman.com

GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH, A PLC
Steven Moore
7800 Forsyth Blvd., Suite 600
St. Louis, Missouri 63105
Phone: (314) 725-0525
Fax: (314) 725-7150
Email: SMoore@gallowayjohnson.com